**FILED**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

MAY 9 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SUSAN VANNESS, et al.; | No. 24-2910 |
| Plaintiffs - Appellants, | D.C. No. 2:23-cv-01009-CDS-MDC District of Nevada, Las Vegas |
| v. | |
| FRANCISCO V. AGUILAR, in his official capacity as Nevada Secretary of State and JOSEPH LOMBARDO, in his official capacity as Governor of the State of Nevadaa, | ORDER |
| Defendants - Appellees. | |

The Mediation Program of the Ninth Circuit Court of Appeals facilitates settlement while appeals are pending. See Fed. R. App. P. 33 and Ninth Cir. R. 33-1.

By 5/17/2024, counsel for all parties intending to file briefs in this matter are requested to inform Steven Saltiel, Circuit Mediator, by email at Steven_Saltiel@ca9.uscourts.gov, of their clients' views on whether the issues on appeal or the underlying dispute might be appropriate for settlement presently or in the foreseeable future. Counsel are requested to include the Ninth Circuit case name and number in the subject line. This communication will be kept confidential, if requested, from the other parties in the case. This communication shall not be filed with the court.

For more detailed information about the Mediation Program and its procedures generally, please see Mediation Program web site: www.ca9.uscourts.gov/mediation.

The existing briefing schedule remains in effect.

FOR THE COURT:

By: Steven Saltiel
Circuit Mediator