*The Honorable Marsha J. Pechman*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOLANY PADILLA, IBIS GUZMAN, BLANCA ORANTES, BALTAZAR VASQUEZ,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); U.S. CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); EXECUTIVE OFFICE FOR IMMIGRATION REVIEW ("EOIR"); TAE D. JOHNSON, Acting Director of ICE; ALEJANDRO MAYORKAS, Secretary of DHS; CHRIS MAGNUS, Commissioner of CBP; UR M. JADDOU, Director of USCIS; ELIZABETH GODFREY, Seattle Field Office Director, ICE, MERRICK B. GARLAND, United States Attorney General; LOWELL CLARK, Warden of the Northwest Detention Center in Tacoma, Washington; CHARLES INGRAM, Warden of the Federal Detention Center in SeaTac, Washington; DAVID SHINN, Warden of the Federal Correctional Institute in Victorville, California; JAMES JANECKA, Warden of the Adelanto Detention Facility,<br><br>Defendants-Respondents. | No. 2:18-cv-928-MJP<br><br>**NOTICE IN COMPLIANCE WITH CIRCUIT RULE 10-3.1** |

Pursuant to Circuit Rule 10-3.1(c), Defendants file this Notice that they do not intend to order any transcripts of oral proceedings before district court for the appeal currently pending before the Ninth Circuit, *Yolany Padilla, et al. v. United States Immigration and Customs*

| | |
|---|---|
| **NOTICE IN COMPLIANCE WITH CIRCUIT RULE 10-3.1**<br>Case No. 2:18-cv-928-MJP | U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>PO Box 878, Ben Franklin Station<br>Washington, DC 20044<br>Telephone (202) 616-4458 |

*Enforcement, et al.*, No. 24-2801 (9th Cir.). The parties have conferred through their respective counsel, and Plaintiffs agree that no transcripts are necessary for the appeal.

RESPECTFULLY SUBMITTED this 14th day of May, 2024.

        BRIAN M. BOYNTON
        *Principal Deputy Assistant Attorney General*
        Civil Division

        WILLIAM C. PEACHEY
        Director, District Court Section
        Office of Immigration Litigation

        EREZ REUVENI
        Assistant Director, District Court Section
        Office of Immigration Litigation

        LAUREN C. BINGHAM
        DAVID KIM
        Senior Litigation Counsel
        Appellate Section
        Office of Immigration Litigation

        BICHNGOC T. DO
        Trial Attorney

        */s/ Sarah Wilson*
        SARAH WILSON
        Assistant Director
        Appellate Section
        Office of Immigration Litigation
        Civil Division
        P.O. Box 878, Ben Franklin Station
        Washington, D.C. 20044

        *Attorneys for Defendants-Respondents*

**NOTICE IN COMPLIANCE WITH CIRCUIT RULE 10-3.1**

CASE NO. 2:18-cv-928-MJP

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
PO Box 878, Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-4458