No. 24-2801

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

YOLANY PADILLA, et al.
Plaintiffs-Appellees,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.
Defendants-Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

**APPELLANTS' EXCERPTS OF RECORD
INDEX VOLUME**

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
SARAH S. WILSON
*Assistant Directors*
LAUREN C. BINGHAM
*Senior Litigation Counsel*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
202-616-4458
DAVID KIM
*Senior Litigation Counsel*
BICHNGOC T. DO
*Trial Attorney*

# TABLE OF CONTENTS

**DOCUMENT** **PAGE**

**VOLUME 1 of 2**

1. [Doc No. 217] Order Denying in Part and Granting in Part Defendants' Motion to Dismiss (W.D. Wash. Dec. 4, 2023) .......................................................... 2

**VOLUME 2 of 2**

2. [Doc No. 236] Order Granting Motion to Certify for Interlocutory Appeal (W.D. Wash. Mar. 11, 2024) ....................................................................................... 21

3. [Doc No. 198] Fourth Amended Complaint (4AC) (filed Jan. 11, 2023) .......... 26

4. [Doc No. 149] Order Affirming and Modifying Previously-Entered Preliminary Injunction (W.D. Wash. July 2, 2019) ............................................................. 56

5. [Doc No. 110] Order Granting Preliminary Injunction (W.D. Wash. Apr. 5, 2019) ................................................................................................................. 76

6. [Doc No. 102] Order Granting Certification of the Classes (W.D. Wash. Mar. 6, 2019) ................................................................................................................. 95

7. [Doc No. 100] Order Denying Motion for Reconsideration (W.D. Wash. Feb. 12, 2019) ............................................................................................................... 108

8. [Doc No. 26] Second Amended Complaint (2AC) (filed Aug. 22, 2018) ....... 111

9. Civil Docket for Case No. 2:18-cv-928-MJP, United States District Court, Western District of Washington (Seattle) – *Yolany Padilla, et al. v. ICE, et al.* ........................................................................................................................ 146