**No. 24-2801**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

**YOLANY PADILLA, et al.,**
**Plaintiffs-Appellees,**

**v.**

**U. S. IMMIGRATION AND CUSTOM ENFORCEMENT, et al.,**
**Defendants-Appellants.**

---

**On Appeal from the United States District Court**
**for the Western District of Washington, No. 2:18-cv-00928**

---

# APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A PETITION FOR REHEARING

---

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, Appellants, through the undersigned attorney, respectfully requests that this Court grant a 45-day extension, through and including December 21, 2026,[1] within which to file a petition for rehearing. The Government's petition for rehearing is currently

[1] As 45 days from the current deadline of November 5, 2026, is Sunday, December 20, 2026, the new deadline would fall on the following Monday, December 21, 2026. *See* Fed. R. App. P. 26(a)(1)(C).

due on November 5, 2026. *See* Fed. R. App. P. 40(d)(1). No prior extension of time for this purpose has been requested.

Good cause exists for granting the motion. A decision on whether the Government will pursue further review of the Court's decision must be made by the Solicitor General, *see* 28 C.F.R. § 0.20(b), and a determination has not yet been made in this case. An extension of time would permit the various components of the Department of Justice and the Department of Homeland Security time to review this Court's decision, formulate views on whether to seek rehearing, and prepare a rehearing petition, if one is to be filed.

Appellees' counsel has advised that they do not oppose this motion.

Accordingly, the Court should enter an order extending the time to file a petition for rehearing in this matter through and including December 21, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ALANNA T. DUONG
Senior Litigation Counsel
Office of Immigration Litigation

/s/ Bichngoc T. Do
BICHNGOC T. DO
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 742-7093
Bichngoc.T.Do@usdoj.gov

October 27, 2026

Attorneys for Appellants

## CERTIFICATE OF COMPLIANCE

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 27(a)(2)(B), this document contains 192 words.

2. This document complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) (citing Fed. R. App. P. 32(a)(5) and (a)(6)) because this document has been prepared in a proportionally spaced typeface using Microsoft Office Word 365 in size 14-point Times New Roman font.

*s/ Bichngoc T. Do*

BICHNGOC T. DO
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 742-7093
Bichngoc.T.Do@usdoj.gov

Dated: October 27, 2026

Attorney for Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the ACMS system. I further certify that all participants in the case are registered ACMS users and that service will be accomplished by that system.

*s/ Bichngoc T. Do*
BICHNGOC T. DO
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 742-7093
Bichngoc.T.Do@usdoj.gov